AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Offices of Doors of Hope

**SEARCH WARRANT**

CASE NUMBER:

**06-509-M-01**

TO: __Michael Lasut__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Detective Michael Lasut__ who has reason to believe that
(name, description and or location)

The offices of Doors of Hope, 1                    'r
Washington, DC 20032, See Attachment A

**FILED**

DEC 19 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See Attachment B

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _December 23, 2006_
                                                       (Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

DEC 13 2006

at Washington, D.C.

Date and Time Issued
**JOHN M. FACCIOLA**
**U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer

M Facciola
Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>12/13/2006 | DATE AND TIME WARRANT EXECUTED<br>12/14/2006  9:45AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF  Special Agent Sherri Queener | | |
| INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT<br><br>See attached | | |

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____     12-19-06
U.S. Judge or U.S. Magistrate Judge                    Date

# FINAL INVENTORY

ITEMS SEIZED ON    12/14/2006

SE 1st Floor    Washington    DC    20032

209A-WF-231841    CASE AGENT    SA Michael James Lasut

SEIZING AGENT    Sherri Queener

| ITEM # | ROOM | CONTAINER | DESCRIPTION |
|---|---|---|---|
| 1 | D | Bottom Shelf #2-3 | health Insurance claim forms, invoice for battery, patient contact sheets, "medicare" file |
| 2 | D | Mail Slot Organizer | Billing and patient sign in |
| 3 | E | 2nd Shelf | Photo copies of DC Government Checks and advertisements for 3 wheel scooter with name _____ written on it. |
| 4 | D | Mail Slot organizer | Medicare health insurance information. |
| 5 | D | Mail Slot Organizer | Authorization requests - power wheelchair form |
| 6 | D | Mail slot organizer | Chartered health, Amerigroup, Medicaid pick up order forms. |
| 7 | D | Mail Slot Organizer | Medicaid and Medicare pick up order forms. |
| 8 | D | Mail Slot organizer | Carbons of cashiers checks, medicaid payment receipts, and RX for wheelchair. |

| ITEM # | ROOM | CONTAINER | DESCRIPTION |
|---|---|---|---|
| 9 | E | Office Desk on top, loose papers in no organized fashion | Power wc referral docs, HICFA handwritten patient notes re: WC, W-2 for card, letter to Provider service/enrolled DOHMS correspondence. |
| 10 | D | Mail Slot Organizer | Copies of checks and invoices for power wheelchair and payments. |
| 11 | E | 2nd shelf | Vehicle maintenance records. |
| 12 | H | File organizer labeled "Melissa Reminder" | Handwritten notes regarding power wheelchair, file labeled "719A Forms and RX" containing prescription for electric wheelchair prior authorization form. |
| 13 | D | Mail slot organizer | Order forms, medicaid remittance forms, power wheelchair manual, wheelchair delivery receipt and medicaid payment. |
| 14 | H | pharmacy desk, file organizer | health insurance claim forms for power wheelchairs, invoices for power wheelchairs and wheelchair price list. |
| 15 | H | Near Sink wall shelf | Box of patient (found in box labeled "2005"). |
| 16 | H | Pharmacy desk | Binder labeled "Sunrise Medical" containing information on wheelchairs, notepad with hand written notes. |
| 17 | H | wall shelf near sink | Box labeled "2005", full of patient files. |

| ITEM # | ROOM | CONTAINER | DESCRIPTION |
|---|---|---|---|
| 18 | E | Third shelf | Wheelchair delivery invoice, wheelchair maintenance order, remittance advices, photocopies of Bank of America checks. |
| 19 | D | Mail slot organizer | wheelchair manual, multiple wheelchair RX's, medicaid payment receipt, scooter manual. |
| 20 | E | On top of desk, office supply pen holder rack | Business cards. chartered health plan, DC Medical supply, |
| 21 | E | Top of desk, pile next to penholder | Correspondent form MAA, First Premier Bank account summary, DMERC Enrollment Agreement Patient Invoice. |
| 22 | C | Light silver filing cabinet | Patient records. |
| 23 | H | On top sink | Health insurance claim form, unsigned prescriptions, pick up order forms, patient information forms. |
| 24 | H | On top sink | Blue binder labeled "Medicaid Monthly Billing." |
| 25 | H | Top drawer on left counter | Fed-ex and UPS shipping invoices/receipts. |
| 26 | F | On shelf of office | Wheelchair catalogs, claim forms, medical recovery forms, late notices, 2003 Tax Return. |
| 27 | H | Back pharmacy counter in drawers | Manila folder labeled 1) paid insurance claims all 2) payment pending insurances. |

| ITEM # | ROOM | CONTAINER | DESCRIPTION |
|---|---|---|---|
| 28 | H | Pharmacy desk, clear file organizer | Patient files, folder labeled "price quote." |
| 29 | C | Tall dark cabinet, top two drawers | Patient Records. |
| 30 | E | Shelf 4 | DOH-MAA policies and procedures. DME advertisements. |
| 31 | F | Counter | Medical billing receipts; employee payroll. |
| 32 | F | Counter | Medicare claims, medicare billing account info. |
| 33 | C | On top of light silver filing cabinet | Patient records. |
| 34 | F | on shelf near office desk | Insurance claim forms, phone bills, 2004 bank statements. |
| 35 | H | pharmacy desk, counter drawers | Invoices numerous folder, medical supply, companies' invoices. |
| 36 | H | Top of pharmacy desk | Letters from Bank of America, file containing health insurance claim forms, file labeled "medicaid EOBS." |
| 37 | H | Drawer stack at counter | DME Fee schedule, power wheelchair parts pricing list, power wheelchair marketing materials. |

| ITEM # | ROOM | CONTAINER | DESCRIPTION |
|---|---|---|---|
| 38 | h | pharmacy desk counter drawers | medical director greater southeast hospital ( Some MD names highlighted) |
| 39 | H | Pharmacy Desk counter drawers | HCFA- 1500 's |
| 40 | C | Top of smaller cabinet | Manuals on scooters and wheelchairs |
| 41 | E | On floor near shelf | Directions involving electronic billing |
| 42 | G | On refrigerator | Handwritten notes regarding scooters and wheelchairs |
| 43 | H | On top sink | Medicaid Billing detail, list of items, codes and prices, GHMSI notice of payment |
| 44 | H | On top sink | AETNA denials, list of doctor names and providers numbers, insurances addresses and phone numbers |
| 45 | H | On top sink | Sealed letter from medicare compliance division |
| 46 | H | On top sink | Complete medical supplies medical invoices |
| 47 | H | Drawer stack at counter | Forms 719A and HCFA 1500 related to orders for power wheelchairs, pricing lists from equipment suppliers |

| ITEM # | ROOM | CONTAINER | DESCRIPTION |
|---|---|---|---|
| 48 | E | top of desk, top shelf of desk shelving | Medline WC booklet, handwritten billing notes, HCFA 1500's with certificate of medical necessity indicating some type of WC |
| 49 | F | Counter | Bank account and payroll, medicare claims and billing |
| 50 | C | Under counter with computer | Patient records and health insurance claim forms |
| 51 | F | Next to desk | invoices |
| 52 | F | On floor | Patient Medicare files and claims |
| 53 | F | On floor against wall | Patient files labeled "D-H and 03-04" |
| 54 | F | On floor against wall | Patient Labeled "J-K, L-M, X, Y, Z 03-04" |
| 55 | F | On floor | Medicare patient files |
| 56 | F | Against wall | Power wheelchair invoices and invoice folders |
| 57 | E | Desk, pile of paper under telephone | Virginia and Maryland medical assistance ADM information |

| ITEM # | ROOM | CONTAINER | DESCRIPTION |
|---|---|---|---|
| 58 | E | Top of desk, middle shelf of desk shelving | MAA reason for denied WC claim, MAA prior authorization form |
| 59 | E | Top of desk, bottom shelf of desk shelves | Dalton medical corp., invoice, account statement from Sunrise Medical |
| 60 | H | On top of white counter | Tax returns, employee termination letters, power wheelchair invoices |
| 61 | E | On desk | Desk top computer Dell Dimension 2400 s/n j2q0n31 |
| 62 | H | On counter | Desk top computer Dell Dimension 2400 s/n 72ccr41 |
| 63 | C | On counter | Desk top computer Dell Dimension 2400 s/n b2ccr41 |
| 64 | F | On the counter | Invoice with whiteout and copies of presumptively forged invoices |
| 65 | H | On counter | Insurance addresses and names and contact phone numbers |

RECEIVED BY: *Donna Barry*

RECEIVED FROM: *Sherri Queen*